FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLIE HARRIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CJ STAR, LLC, an Idaho Limited Company, CARL'S JR. RESTAURANTS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | NO. 2:18-cv-00247-SAB<br><br>**ORDER CLOSING FILE** |

Recently, the parties contacted the Court and informed it that they had settled the above-captioned case. Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED:**

1. Within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

2. All pending motions are **DENIED** as moot.

//

//

//

**ORDER CLOSING FILE** ~ 1

3. The Clerk of the Court is hereby **DIRECTED** to close this file. The parties may negotiate, execute, and file (if necessary) settlement documents. Otherwise, the file shall be subject to reopening upon good cause shown.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 18th day of March 2019.



                    Stanley A. Bastian
                United States District Judge

**ORDER CLOSING FILE** ~ 2