Angelo J. Calfo
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: angeloc@calfoeakes.com

HONORABLE STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLIE HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CJ STAR, LLC, an Idaho Limited Company, CARL'S JR. RESTAURANTS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00247-SAB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL |

On March 18, 2019, the Court issued an Order closing this matter following notification from the parties of settlement. ECF No. 42. The Court requested that the parties file a stipulation to dismiss within 30 days of that Order, *i.e.* by April 17, 2019. *Id.*

The parties have signed and finalized the settlement agreement resolving this matter. However, prior to submitting a stipulation to dismiss under Rule

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE
(NO. 2:18-cv-00247-SAB) - 1

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1  41(a)(1)(A)(ii), Plaintiff must receive payment. Defendant Carl's Jr. Restaurants,
2  LLC is currently processing payment and expects to make payment to Plaintiff in
3  the next few days, at which time the parties anticipate filing the stipulation of
4  dismissal. Accordingly, the parties mutually request a brief extension to the deadline
5  to file the stipulation of dismissal until April 24, 2019.

*SO STIPULATED*.

Respectfully submitted this 17th day of April, 2019.

**CALFO EAKES & OSTROVSKY PLLC**

By  *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA# 27079
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    (206) 407-2210 | Phone
    (206) 407-2224 | Fax
    Email:  angeloc@calfoeakes.com

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**

Robert A. Atkins *(Pro Hac Vice)*
Adam J. Bernstein *(Pro Hac Vice)*
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000 | Phone
(212) 757-3990 | Fax
Email:  ratkins@paulweiss.com
        abernstein@paulweiss.com

--and—

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE
(NO. 2:18-cv-00247-SAB) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Daniel J. Howley *(Pro Hac Vice)*
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7372 | Phone
(202) 204-7372 | Fax
Email: dhowley@paulweiss.com

*Attorneys for Defendant Carl's Jr. Restaurants, LLC*

**LUKINS & ANNIS PS**

By      *s/Michael James Hines*
Michael James Hines
Kelly E. Konkright
Reid Johnson
717 Sprague Avenue
Spokane, WA 99201
(509) 455-9555 | Phone
(509) 363-2490 | Fax
Email: mhines@lukkins.com
          kkonkright@lukins.com
          rjohnson@lukins.com

*Attorneys for Defendant CJ Star, LLC*

**INDIA LIN BODIEN, ATTORNEY AT LAW**

By      *s/India Lin Bodien*
India Lin Bodien, WSBA# 44898
2522 North Proctor Street, #387
Tacoma, WA 98406-5338
(253) 212-7913 | Phone
(253) 276-0081 | Fax
Email: india@indialinbodienlaw.com

--and--

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE
(NO. 2:18-cv-00247-SAB) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200    FAX (206) 407-2224

**ACKERMANN & TILAJEF, P.C.**

By     *s/Craig J. Ackermann*
       Craig J. Ackermann, WSBA# 53330
       Brian Denlinger, WSBA# 53177
       2602 Birth Proctor Street, #205
       Tacoma, WA  98406
       (310) 277-0614 | Phone
       (310) 277-0635 | Fax
       Email:  cja@ackermanntilajef.com
                  bd@ackermanntilajef.com

*Attorneys for Plaintiff Ashlie Harris*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE
(NO. 2:18-cv-00247-SAB) - 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## [PROPOSED] ORDER

The Court, having received the Stipulation to continue the deadline to file a stipulation of dismissal, hereby orders that the Stipulation is GRANTED. The Parties shall file a stipulation of dismissal on or before April 24, 2019.

Dated this _____ day of _____, 2019.

_____
HON. STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE
(NO. 2:18-cv-00247-SAB) - 5

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224